IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NELLIE BALDRIDGE**                                                                                    PLAINTIFF

VS.                          No. 3:20-cv-00161 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE